# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2586
LT Case No. 16-2023-CC-13898

_____

MELISSA LITKE,

    Appellant,

    v.

SOUTHERN WRECKER &
RECOVERY, LLC,

    Appellee.

_____

On appeal from the County Court for Duval County.
Scott F. Mitchell, Judge.

Melissa Litke, Jacksonville, pro se.

John D. Osgathorpe, Taylor R. McMahon, and Cameron D. Cohn,
of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellee.

January 13, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____